UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REGINALD BERNARD WILSON, ) | |
| ) | Case No. 3:16-cv-661 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| TYLER WIGGINS, WILLIAM ) | |
| ROMANINI, and the CITY OF ) | |
| KNOXVILLE ) | |
| | |
| *Defendants*. | |

## ORDER

Before the Court is Plaintiff Reginald Bernard Wilson's motion stay this case pending resolution of his motion for new trial and, if necessary, his appeal of his criminal conviction in state court. (Doc. 25.) Plaintiff represents that Defendants do not oppose the motion to stay proceedings. (*Id.* at 2.) For good cause shown, the Court **GRANTS** the Plaintiff's motion (Doc. 25). This case is **STAYED.** The parties are hereby **ORDERED** to file status reports every ninety days from the date of this order informing the Court of the status of Plaintiff's state-court case and his appeal.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**