IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REGINALD BERNARD WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-00661-TRM-HBG |
| ) | |
| TYLER WIGGINS, WILLIAM ROMANINI, ) | |
| and CITY OF KNOXVILLE, TN ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now John M. Kizer, and enters an appearance in this action as co-counsel for Defendants Tyler Wiggins and William Romanini, in their individual capacities.

Respectfully submitted, this 2nd day of February, 2021.

      /s/ John M. Kizer
      John M. Kizer (TN BPR #029846)
      Gentry, Tipton & McLemore, P.C.
      P.O. Box 1990
      Knoxville, Tennessee 37901-1990
      (865) 525-5300
      jmk@tennlaw.com
      Attorneys for Defendants Tyler Wiggins
      and William Romanini

## CERTIFICATE OF SERVICE

   I hereby certify that on February 2, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

                /s/ John M. Kizer
                John M. Kizer (TN BPR #029846)